UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 5:15-MJ-2277
No. 5:15-MJ-2278
No. 5:15-MJ-2279
No. 5:15-MJ-2280
No. 5:15-MJ-2282

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>THE UNITED STATES OF AMERICA )<br>FOR SEARCH WARRANTS ) | **ORDER TO UNSEAL** |

Upon motion of the Government, the affidavit, application for a search warrant, search warrant, and return of service in the above-captioned matters are hereby ORDERED unsealed. SO ORDERED.

January 27, 2016
DATE

Robert T. Numbers, II
United States Magistrate Judge